# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TANIA E. BERNARD,**

      **Plaintiff,**

**v.**                                          **Case No:  6:13-cv-1660-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S UNCONTESTED MOTION TO DISMISS (Doc. No. 18)**
>
> **FILED:**      **May 27, 2014**

On October 24, 2013, Plaintiff, Tania Bernard, instituted the instant action, seeking review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability benefits under the Federal Old Age, Survivors, and Disability Insurance Program ("OASDI"), 42 U.S.C. § 401 *et seq.*, as well as her application for supplemental security income benefits under the Supplemental Security for the Aged, Blind, and Disabled Program ("SSI"), 42 U.S.C. § 1381 *et seq.*  Doc. No. 1.  The Commissioner answered on January 28, 2014. Doc. No. 15.  The Commissioner has not asserted any counterclaims against Plaintiff.

On May 27, 2014, Plaintiff filed a motion requesting that this action be dismissed with prejudice. Doc. No. 18. The motion represents that it is unopposed and that the parties agree that they will "be responsible for their own costs associated with this action." *Id.* at 1.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), I **RESPECTFULLY RECOMMEND** that the Court **GRANT** Plaintiff's Uncontested Motion to Dismiss (Doc. No. 18) and **DISMISS** Plaintiff's case **with prejudice**, with each party to bear their own fees and costs associated with this action.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 3, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy