# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TANIA E. BERNARD,

      Plaintiff,

v.                                        Case No. 6:13-cv-1660-Orl-18KRS

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

---

## ORDER

THIS CAUSE comes for consideration on Plaintiff Tania E. Bernard's Uncontested Motion to Dismiss (Doc. 18), which the Court referred to United States Magistrate Judge Karla R. Spaulding for a report and recommendation. The Court having reviewed Judge Spaulding's Report and Recommendation (Doc. 19) and there being no timely objection to the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 19) is **APPROVED** and **ADOPTED**.
2. Plaintiff Tania E. Bernard's Uncontested Motion to Dismiss (Doc. 18) is **GRANTED**.
3. This case is **DISMISSED with prejudice**.
4. Each party shall bear its own fees and costs incurred in connection with this action.

**DONE and ORDERED** in Orlando, Florida on this ___23___ day of June, 2014.

                                                                  G. KENDALL SHARP
                                                                   SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record